# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

URVE MAGGITTI,

       Petitioner

       v.

HILLARY J. MOONAY, INDIVIDUALLY AND IN OFFICIAL CAPACITY AS ATTORNEY AT OBERMAYER REBMANN MAXWELL & HIPPELL LLP, DAVID A. NASATIR, INDIVIDUALLY AND IN OFFICIAL CAPACITY AS ATTORNEY AT OBERMAYER REBMANN MAXWELL & HIPPELL LLP, MATHIEU J. SHAPIRO, INDIVIDUALLY AND IN OFFICIAL CAPACITY AS ATTORNEY AT OBERMAYER REBMANN MAXWELL & HIPPELL LLP, THOMAS A. LEONARD III, INDIVIDUALLY AND IN OFFICIAL CAPACITY AS ATTORNEY AT OBERMAYER REBMANN MAXWELL & HIPPELL LLP, NICHOLAS PODUSLENKO, INDIVIDUALLY AND IN OFFICIAL CAPACITY AS ATTORNEY AT OBERMAYER REBMANN MAXWELL & HIPPELL LLP,

       Respondents

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 23 MM 2023

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of March, 2023, the "Petition for Emergency: Injunction for Continuance and Stay, or In the Alternative for Emergency Interlocutory Order, or In the Alternative a Writ of Prohibition to STOP: THE TRIAL SET TO START MONDAY

MARCH 6, 2023" is DENIED without prejudice to Petitioner's ability to seek relief in the trial court.